JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES dba 99 CENTS ONLY STORES #96; MARVIN EDWARD RUBIN,<br><br>    Defendants.<br>_____ / | Case No. 2:13-cv-01782-RSWL-AGR<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants 99 Cents Only Stores dba 99 Cents Only Stores #96 and Marvin Edward Rubin,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: 11/7/2013

                                         RONALD S.W. LEW
                                         HON. RONALD S.W. LEW
                                         Senior U.S. District Judge